IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CRAIG PEGG                                                                                  PLAINTIFF

V.                                                                    CAUSE NO. 1:16-CV-241-SA-DAS

STEEL DYNAMICS, INC.,
STEEL DYNAMICS COLUMBUS, LLC, and
SEVERSTAL COLUMBUS HOLDINGS, LLC                                                  DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Defendant's Motion for Summary Judgment [22] is DENIED without prejudice.

IT IS SO ORDERED on this, the 9th day of March, 2018.

                                                                                   /s/ Sharion Aycock
                                                                UNITED STATES DISTRICT JUDGE