IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CRAIG PEGG,

      Plaintiff

vs.
                                    CIVIL ACTION NO.
                                    1:16-cv-00241-SA-DAS

STEEL DYNAMICS, INC., STEEL
DYNAMICS COLUMBUS, LLC,
FORMERLY SEVERSTAL
COLUMBUS, LLC AND SEVERSTAL
COLUMBUS HOLDING, LLC AND
COOLING TOWER DEPOT, INC.,

      Defendants

AND

STEEL DYNAMICS, INC., STEEL
DYNAMICS COLUMBUS, LLC AND
SEVERSTAL COLUMBUS
HOLDINGS, LLC,

      Third-Party Plaintiffs

vs.

COOLING TOWER DEPOT, INC.,

      Third-Party Defendant

<u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>

This matter is before the Court on the motion *ore tenus* of the parties to dismiss this civil

action with prejudice. The Court is advised that the parties agree to the dismissal and finds that

the motion is well-taken;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

with each party to bear its own costs.

SO ORDERED, this the 12th day of November, 2019.

_____
Sharion Aycock
U.S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

_____
David W. Shelton, Esq. (MSB #99675)
SHELTON DAVIS, PLLC
1223 Jackson Avenue East, Ste. 202
Oxford, MS 38655
662-281-1212 (phone)
david@sheltondavispllc.com
        *Attorney for the Plaintiff*

_____
Wilton V. Byars, III (MSB #9335)
DANIEL, COKER, HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, MS 38655-1396
662-232-8979 (phone)
Wbyars@danielcoker.com
        *Attorney for Third Party Defendant*

_____
J. Andrew Hughes (MSB #10691)
J. ANDREW HUGHES, P.A.
109B South Spring Street
Post Office Box 7188
Tupelo, MS 38802-7188
662-844-8920 (phone)
hugheslawfirm@yahoo.com
        *Attorney for Intervenors*

2

ROBERT P. THOMPSON (MSB #8188)
McAngus, Goudelock and Couric, LLC
P. O. Box 2955
Ridgeland, MS 39158
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 39157
(601) 427-7515
(601) 510-9525 (Facsimile)
bobby.thompson@mgclaw.com
*Attorneys for Defendants*

3